AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jeanette L. Gryder,  )  <br>*Plaintiff*  )  <br>v.  )  <br>Commissioner Social Security Administration,  )  <br>*Defendant*  ) | Civil Action No.   8:13-cv-03551-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   September 29, 2015                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                   s/Ashley Buckingham, Deputy Clerk
                                                                                   *Signature of Clerk or Deputy Clerk*